IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02152-MSK-MEH

CHRISTINE HEHL-GOMEZ,

    Plaintiff,

v.

NASA SPACE CENTER SHUTTLE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2008.**

    Plaintiff's Motion Asking for Question(s) to be Answered Now [filed December 22, 2008; docket #28] is **denied**. In violation of this Court's order of December 17, 2008, the motion contains repeated use of profanity and disrespectful language. The Plaintiff is warned that her continued use of such language in her communications with, and requests to, the Court will result in additional sanctions, including denial of her motions.